IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00260-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| SUDAMA LEROY GIBBONS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon limited remand from the United States Court of Appeals for the Fourth Circuit to address the defendant's motion for reconsideration on the merits. (Doc. No. 49: Order).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion, (Doc. No. 44), within twenty (20) days of the entry of this Order.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: August 30, 2019

Robert J. Conrad, Jr.
United States District Judge