IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00260-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| SUDAMA LEROY GIBBONS (4) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Reconsideration, (Doc. No. 44), upon remand from the United States Court of Appeals for the Fourth Circuit, (Doc. No. 49).

The government filed a response on the merits of the motion. (Doc. No. 53). Subsequently, the defendant filed an additional Memorandum in Support. (Doc. No. 54).

**IT IS, THEREFORE, ORDERED** that if government desires to file a response to the Memorandum in Support, it must do so within thirty (30) days of the entry of this Order.

Signed: September 15, 2020

Robert J. Conrad, Jr.
United States District Judge